UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SUSAN B. GARCIA, | ) | Case No. 05-34046 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**EXHIBIT C TO TRUSTEE'S FINAL REPORT**
**RECEIPTS AND DISBURSEMENTS**

DEPOSITORY:   BANK OF AMERICA, N.A.
                           BofA - Money Market Account 3758835155

**I. RECEIPTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| See Form 2 – Attached | | |
| | TOTAL | $ 45,277.46 |

**II. DISBURSEMENTS**

| DATE/CHECK # | PAYEE/DESCRIPTION | AMOUNT |
|---|---|---|
| See Form 2 – Attached | | |
| | TOTAL | $ 0.00 |

**RECAPITULATION:**

| | | |
|---|---|---|
| | TOTAL RECEIPTS | $ 45,277.46 |
| | DISBURSEMENTS | $ 0.00 |
| | **NET CASH AVAILABLE** as of November 20, 2007 | $ 45,277.46 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-34046 -JBS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARCIA, SUSAN B | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5155  BofA - Money Market Account |
| Taxpayer ID No: | *******8139 | | |
| For Period Ending: | 02/14/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/07 | 8 | Shawn A. Garcia<br>TEK Title, LLC<br>Escrow Account<br>2720 South River Road, Suite 127<br>Des Plaines, IL 60018 | Sale/Settlement Proceeds | | 45,000.00 | | 45,000.00 |
| | 8 | SHAWN A. GARCIA | Memo Amount:   45,000.00<br>Sale/Settlement Proceeds | 1241-000 | | | |
| 03/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 30.75 | | 45,030.75 |
| 04/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 37.01 | | 45,067.76 |
| 05/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 38.28 | | 45,106.04 |
| 06/29/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 37.07 | | 45,143.11 |
| 07/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 38.35 | | 45,181.46 |
| 08/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1241-000 | 38.37 | | 45,219.83 |
| 09/28/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1241-000 | 28.80 | | 45,248.63 |
| 10/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1241-000 | 28.83 | | 45,277.46 |
| 11/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1241-000 | 24.19 | | 45,301.65 |
| 12/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1241-000 | 21.66 | | 45,323.31 |
| 01/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1241-000 | 17.96 | | 45,341.27 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 45,000.00 | COLUMN TOTALS | 45,341.27 | 0.00 | 45,341.27 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 45,341.27 | 0.00 | |
| Memo Allocation Net: | 45,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 45,341.27 | 0.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 45,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - *******5155 | 45,341.27 | 0.00 | 45,341.27 |
| Total Memo Allocation Net: | 45,000.00 | | 45,341.27 | 0.00 | 45,341.27 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 45,341.27 | 0.00 | |

Ver: 12.61a

LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-34046 -JBS
Case Name: GARCIA, SUSAN B
Taxpayer ID No: *******8139
For Period Ending: 02/14/08

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5155 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BofA - Money Market Account - *******5155 | | Transfers) | To Debtors) | On |

Page Subtotals 0.00 0.00

UFORM24 Ver: 12.61a