UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SUSAN B. GARCIA, | ) | Case No. 05-34046 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL

    On: **March 27, 2008**             Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                           $45,277.46

    Disbursements                                                                  $0.00

    Net Cash Available for Distribution                               $45,277.46

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

                                                          Compensation       Fees Now

1

| Applicant | Previously Paid | Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE *Trustee Fees and Expenses* | $0.00 | $4,777.20 | $18.20 |
| UNGARETTI & HARRIS LLP *Attorney for Trustee Fees and Expenses* | $0.00 | $18,211.00 | $2,240.07 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are: None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $13,824.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus interest from the Petition Date at the Federal Judgment Rate (3.88%)

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| Surplus | Garcia, Susan B (Debtor) | $5,005.51 | $5,005.51 |
| 000001 | Arrow Financial Services LLC | $1,360.75 | $1,478.93 |
| 000002 | Arrow Financial Services LLC | $3,412.86 | $3,709.26 |
| 000003 | SMC c/o Cason Pirie Scott | $1,998.87 | $2,172.47 |
| 000004 | World Financial Network Nat'l | $1,574.51 | $1,711.25 |
| 000005 | Asset Acceptance LLC | $1,031.04 | $1,120.58 |
| 000006 | Asset Acceptance LLC | $804.68 | $874.57 |
| 000007 | Kohl's Department Store | $3,028.66 | $3,291.69 |
| 000008 | Resurgent Capital Services | $613.45 | $666.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT (US Bank) | $400.00 |
| CHECKING ACCOUNT (Harris Bank) | $500.00 |
| HOUSEHOLD GOODS (Bedroom Set, tv, dvd, stereo) | $350.00 |
| WEARING APPAREL (Ordinary) | $350.00 |
| FURS AND JEWELRY (Bracelets) | $500.00 |
| INSURANCE POLICIES (thru work) | $0.00 |
| VEHICLES (1997 Chevy Cavalier) | $1,000.00 |

Dated: **February 25, 2008**           For the Court,

By: **KENNETH S. GARDNER**
KENNETH S. GARDNER
CLERK OF THE COURT

Trustee: R. Scott Alsterda
Address: 3500 Three First National Plaza
70 West Madison Avenue
Chicago, IL 60602-4283
Phone No.: (312) 977-4400
Fax No.: (312) 977-4402

3