UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SUSAN B. GARCIA, | ) | Case No. 05-34046 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL

   On: **March 27, 2008**             Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                                   $45,277.46

   Disbursements                                                                                            $0.00

   Net Cash Available for Distribution                                                        $45,277.46

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

                                                              Compensation        Fees Now

1

| Applicant | Previously Paid | Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE *Trustee Fees and Expenses* | $0.00 | $4,777.20 | $18.20 |
| UNGARETTI & HARRIS LLP *Attorney for Trustee Fees and Expenses* | $0.00 | $18,211.00 | $2,240.07 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are: None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $13,824.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus interest from the Petition Date at the Federal Judgment Rate (3.88%)

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| Surplus | Garcia, Susan B (Debtor) | $5,005.51 | $5,005.51 |
| 000001 | Arrow Financial Services LLC | $1,360.75 | $1,478.93 |
| 000002 | Arrow Financial Services LLC | $3,412.86 | $3,709.26 |
| 000003 | SMC c/o Cason Pirie Scott | $1,998.87 | $2,172.47 |
| 000004 | World Financial Network Nat'l | $1,574.51 | $1,711.25 |
| 000005 | Asset Acceptance LLC | $1,031.04 | $1,120.58 |
| 000006 | Asset Acceptance LLC | $804.68 | $874.57 |
| 000007 | Kohl's Department Store | $3,028.66 | $3,291.69 |
| 000008 | Resurgent Capital Services | $613.45 | $666.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT (US Bank) | $400.00 |
| CHECKING ACCOUNT (Harris Bank) | $500.00 |
| HOUSEHOLD GOODS (Bedroom Set, tv, dvd, stereo) | $350.00 |
| WEARING APPAREL (Ordinary) | $350.00 |
| FURS AND JEWELRY (Bracelets) | $500.00 |
| INSURANCE POLICIES (thru work) | $0.00 |
| VEHICLES (1997 Chevy Cavalier) | $1,000.00 |

Dated: **February 25, 2008**           For the Court,

By: **KENNETH S. GARDNER**
      KENNETH S. GARDNER
      CLERK OF THE COURT

Trustee:   R. Scott Alsterda
Address:   3500 Three First National Plaza
           70 West Madison Avenue
           Chicago, IL  60602-4283
Phone No.: (312) 977-4400
Fax No.:   (312) 977-4402

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-34046  Doc 28  Filed 02/25/08  Entered 02/28/08 00:04:56  Desc Imaged
Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2         Date Rcvd: Feb 25, 2008
Case: 05-34046                 Form ID: pdf002          Total Served: 45

The following entities were served by first class mail on Feb 27, 2008.
db         +Susan B Garcia,    937 S Braintree,    Schaumburg, IL 60193-3333
aty         Alex Pirogovsky,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
             Chicago, IL  60602
aty        +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
             Bolingbrook, IL 60440-1409
tr          R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
             Chicago, IL  60602
9736571     ABN Amro Mortgage,    2608 W Big Beaver Rd,    Troy, MI 48084
9736572    +Alexian Brothers Medical Center,    c/o Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
10558514    Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
9736574    +Bank America,    1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
9736575    +Bank Of America,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
9736576    +Blair,    220 Hickory St,    Warren, PA 16366-0001
9736577    +Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
9736578    +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
9736579    +Carson Pirie Scott- OakBrook,    900 Commerce Dr Suite 310,    Oak Brook, IL 60523-1988
9736581     Elk Grove Village LLC,    c/o State Collection Service,    7509 S Stoughton Rd,    Madison, WI 53716
9736582    +Emergency Ambulatory Care,    c/o Medical Collections,    725 S Wells Ave Ste 709,
             Chicago, IL 60607-4521
9736583    +Fingerhut,    53 McLeland Rd,    Saint Cloud, MN 56395-2076
9736584    +First National Bank Of Marin,    PO Box 98873,    Las Vegas, NV 89193-8873
9736585    +First US Bank,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
9736586    +First USA,    PO Box 8650,    Wilmington, DE 19899-8650
9736587    +GE,    c/o Arrow Financial Services,    5996 W Touhy,    Niles, IL 60714-4610
9736588     HSBC Bank,    PO Box 98706,    Las Vegas, NV 89193
9736589    +JC Penney,    c/o Finanial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
9736590    +Jefferson Capital,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
10686936   +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
9736591    +Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
9736593    +Midland Credit Management,    5775 Roscoe Ct,    San Diego, CA 92123-1356
9736594    +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
9736595    +OakBrook XRay Imaging,    7627 W Lake St,    River Forest, IL 60305-1878
9736596    +Orchard Bank,    c/o Household Credit Service,    PO Box 17051,    Baltimore, MD 21297-1051
9736605    +PO Box 182128,    Columbus, OH 43218-2128
9736597    +Providian,    PO Box 9016,    Pleasanton, CA 94566-9016
9736598    +RNB/Dayton/Hudson/Fields,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
9736599    +SCA Lew Magram,    c/o Asset Acceptance Corp,    PO Box 2036,    Warren, MI 48090-2036
10653138   +SMC c/o Cason Pirie Scott - HSBC Bank Nevada NA,    BOX 19249,    SUGARLAND TX 77496-9249
9736600    +Spiegel,    PO Box 337006,    NorthGlenn, CO 80233-7006
9736601    +Suburban Women’s Health Center,    c/o Dependon Collections,    7627 W Lake St,
             River Forest, IL 60305-1878
9736602    +Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
9736603    +TCF Bank,    c/o Professional Account Management,    PO Box 391,    Milwaukee, WI 53201-0391
10657318   +World Financial Network National Bank,    Victoria’s Secret,    c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Feb 26, 2008.
9736573    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance Corp,
             PO Box 2036,    Warren, MI 48090-2036
10659937   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
             ASSIGNEE//SCA,    P.O. BOX 2036,    Warren MI 48090-2036
10659944   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
             ASSIGNEE// WFNNB,    PoBox 2036,    Warren MI 48090-2036
9736580    +E-mail/Text: LMICHEL@CREDITUNION1.ORG                            Credit Union 1,    PO Box 100,
             Rantoul, IL 61866-0100
9736592    +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding,
             PO Box 10584,    Greenville, SC 29603-0584
10731108    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,    assignee of Sears, Roebuck and Co.,
             Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9736604     Victoria’s Secret
aty*        R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
             Chicago, IL  60602
                                                                                              TOTALS: 1, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2            Date Rcvd: Feb 25, 2008
Case: 05-34046                 Form ID: pdf002          Total Served: 45

         ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2008**                    **Signature:**    _Joseph Speetjens_