UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Jack B. Schmetterer          **Hearing Date** May 2, 2008

**Bankruptcy Case No.** 05 B 34046          **Adversary No.**

**Title of Case** In re: Susan B. Garcia, Debtor

**Brief Statement of Motion** Trustee's Motion For Leave To File Trustee's Trial Brief For Hearing On Objection To Trustee's Final Report, Instanter.

**Names and Addresses of moving counsel** R. Scott Alsterda (ARDC #3126771), Theodore E. Harman (ARDC #6202346)
Ungaretti & Harris LLP, 3500 Three First National Plaza, Chicago, Illinois 60602

**Representing** R. Scott Alsterda, Trustee          By: /s/ R. Scott Alsterda

# ORDER

1. The Trustee is given leave to file the Trustee's Trial Brief For Hearing On Objection To Trustee's Final Report.

2. Following the hearing on the Debtor's Objection To Trustee's Final Report, the Trustee shall file electronically a Notice of Filing and the Trustee's Trial Brief for Hearing on Objection To Trustee's Final Report.

6/11/99