# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | **Chapter 7** |
| | ) | **Case No. 05-34046** |
| SUSAN B. GARCIA, | ) | |
| | ) | **Honorable Jack B. Schmetterer** |
| Debtor. | ) | **Hearing: May 2, 2008 at 1:30 pm** |

## NOTICE OF FILING

TO:  See Attached Certificate of Service

Please take notice that on May 2, 2008, the undersigned electronically filed with the Court's ECF system, **TRUSTEE'S TRIAL BRIEF FOR HEARING ON OBJECTION TO TRUSTEE'S FINAL REPORT**, a copy of which is hereby served upon you.

Dated: May 2, 2008                          Respectfully submitted,

                                            R. Scott Alsterda, Chapter 7 Trustee


                                            ___/s/ R. Scott Alsterda___

OF COUNSEL:
R. Scott Alsterda, (ARDC No. 3126771)
Theodore E. Harman (ARDC No. 6202346)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-9203  telephone
(312) 977-4405  facsimile

1152105-1

## CERTIFICATE OF SERVICE

     I, R. Scott Alsterda, the undersigned attorney, hereby certify that a true and correct copy of the **NOTICE OF FILING** and **TRUSTEE'S TRIAL BRIEF FOR HEARING ON OBJECTION TO TRUSTEE'S FINAL REPORT** was served upon the parties listed below via notification by participation in the Court's ECF system on May 2, 2008 before 5:00 pm.

William T. Neary  
Office of the US Trustee, Region 11  
227 W. Monroe Street, Suite 3350  
Chicago, IL 60606

Alonzo H. Zahour  
101 Royce Road, Suite. 8  
Bolingbrook, Illinois 60440

                         /s/ R. Scott Alsterda

1152105-1

2